UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA M. NASTASE, | ) |
| | ) CASE NO. C12-0875-RSM-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| ISLAND COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, proceeding *pro se*, submitted a proposed civil rights complaint pursuant to 42 U.S.C. § 1983, unaccompanied by either a filing fee or a motion for leave to proceed *in forma pauperis* (IFP) in a civil matter. (Dkt. 1.) By letter dated May 21, 2012, the Court directed plaintiff to either submit the full filing fee or an IFP application, along with a certified copy of her prison trust account statement and information for each defendant listed in the complaint. (Dkt. 3.) The letter advised plaintiff that, if she failed to correct the deficiencies, the action could be subject to dismissal. (*Id*.)

Plaintiff complied, in part, by submitting an IFP application in her name. (Dkt. 4.) She also submitted a revised civil rights complaint, which appeared to suggest the existence of

REPORT AND RECOMMENDATION
PAGE -1

01 multiple plaintiffs as parties to the suit. (Dkt. 5 at 3.) By letter dated May 25, 2012, the Court
02 noted that plaintiff's IFP application remained deficient in that she failed to submit a certified
03 copy of her prison trust account statement showing transactions for the last six months. (Dkt.
04 6.) As before, the Court advised plaintiff that the action could be subject to dismissal if she
05 failed to correct the deficiency. In a letter received by the Court on June 7, 2012, plaintiff
06 stated: "I cannot persue [sic] this at this time." (Dkt. 7.) The Court has, to date, received no
07 further submissions from plaintiff.

08     The Court recommends that plaintiff's IFP application be DENIED. Plaintiff's IFP
09 application remains deficient and it appears that she seeks to voluntarily dismiss this action.
10 This action should, therefore, proceed only if plaintiff pays the applicable filing fee within
11 **thirty (30)** days after entry of the Court's Order adopting this Report and Recommendation. If
12 no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

13     DATED this 8th day of August 2012.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2