UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LAURA M NASTASE, | ) | CASE NO. C12-0875 RSM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| ISLAND COUNTY JAIL, et al., | ) ) | |
| Defendants. | ) ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  Plaintiff's application for leave to proceed *in forma pauperis* is DENIED;

(3)  This case shall only proceed if plaintiff pays the applicable filing fee within thirty (30) days of this Order.  If no filing fee is paid within that time period, the Clerk is directed to close this case; and

(4)  The Clerk is directed to send copies of this Order to plaintiff and to Judge

ORDER DENYING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
PAGE -1

01          Theiler.

02      DATED this 2nd day of November 2012.

05                              RICARDO S. MARTINEZ
06                              UNITED STATES DISTRICT JUDGE

ORDER DENYING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
PAGE -2